1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KELLY DULEY,                              Case No.  1:24-cv-00345-HBK (PC)

12                    Plaintiff,                CLERK TO REASSIGN TO DISTRICT
                                                JUDGE AND THEN CLOSE CASE BASED
13         v.                                   UPON PLAINTIFF'S VOLUNTARY
                                                DISMISSAL UNDER FED. R. CIV. P. 41
14    DR. RIZK,                                 (a)(1)(A)(i)

15                    Defendants.               (Doc. No.  16)

16

17

18

19         On August 23, 2024, the Plaintiff filed a pleading titled, "Submitting of Voluntary

20    Dismissal," which the Court construes as a Notice of Voluntary Dismissal.  (Doc. No. 16,

21    "Notice").  The Notice, signed and dated by Plaintiff on August 19, 2024, directs the Court to

22    "dismiss this action to avoid a strike" so that Plaintiff can attempt to cure a "fatal deficiency in

23    the exhaustion stage" and subsequently refile the action.  (*Id.*).  The Notice follows the Court's

24    June 28, 2024, Order Striking Plaintiff's First Amended Complaint and directing him to refile a

25    freestanding and complete amended complaint.  (Doc. No. 13).  Because no defendant has been

26    served and no answer nor motion for summary judgment has been filed, Plaintiff may voluntarily

27    dismiss this action by operation of law without further order from the Court.  Fed. R. Civ. P.

28    41(a)(1)(A)(i).  While the Notice is silent as to whether Plaintiff voluntarily dismisses the action

with, or without prejudice, because Plaintiff expresses his intention to refile the claim if he is able to properly exhaust his administrative remedies, the Court construes the dismissal to be **without prejudice**.  Fed. R. Civ. P. 41(a)(1)(B).

ACCORDINGLY:

1.  This Court VACATES all pending dates and matters.

2.  The Clerk of Court is directed to assign a district judge for the purpose of closing this case consistent with Plaintiffs' Notice of Voluntary Dismissal **without prejudice** under Fed. R. Civ. P. 41(a)(1)(A)(i) and then directed to CLOSE THIS CASE.


Dated:    August 26, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2